UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ANC Rental Corporation, et al.<br><br>Debtor. | No.: MC 08-110-PHX-ROS<br><br>**STIPULATED JUDGEMENT ON GARNISHMENT**<br><br>**(Non-Earnings)** |
| Alamo Rent A Car LLC, National Car Rental Systems, Inc., and ANC Rental Corporation,<br><br>Judgment Creditors,<br><br>v.<br><br>A Plus Auto Body & Paint Inc.,<br><br>Judgment Debtor, | |
| Wells Fargo Bank, NA,<br><br>Garnishee. | |

Magistrate Judge Michelle H. Burns issued a Report and Recommendation recommending that the Motion for Judgment be denied and that the Court approve the Stipulation and Stipulated Judgment. Based on the Court's review of the record and the parties' stipulation, the Court finds that,

1

1. Wells Fargo Bank, NA (the "Garnishee") held funds belonging to A-Plus Auto Body & Paint, Inc. (the "Judgment Debtor") in the amount of $15,223.83 at the time of service of the Writ.

2. At the time of service of the Writ the Judgment Debtor was indebted to Judgment Creditor.

3. The court approves the stipulation entered by and between the Judgment Creditor and the Judgment Debtor.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED IN FULL**. The Motion for Judgment (Doc. 9) is **DENIED** and the Stipulation (Doc. 12) is **APPROVED**.

**FURTHER ORDERED** the Judgment Creditor shall have Judgment against the Garnishee for $15,119.00, consisting of the following amounts:

| | |
|---|---|
| Principal | $15,000.00 |
| Filing/Registration Fee | $39.00 |
| Service Fee of Wells Fargo Bank | $55.00 |
| Statutory Bank Search Fee | $25.00 |

**FURTHER ORDERED** that Garnishee is entitled to an answer fee of $100.00 which is to be paid from the Judgment Debtor's account.

**FURTHER ORDERED** that $15,119.00 retained by the Garnishee pursuant to the Writ of Garnishment and this Judgment are to be immediately paid to the Trust Account of Schneider & Onofry, P.C. for the benefit of the Judgment Creditor.

Dated this 21st day of September, 2009.

_____
Roslyn O. Silver
United States District Judge